Campbell et al., Appellees, *v.* Warren General
Hospital et al.; Belany, Appellant.

[Cite as *Campbell v. Warren Gen. Hosp.* (1996), 75 Ohio St.3d 1206.]

(No. 95–180—Submitted February 20, 1996—Decided April 3, 1996.)

---

*Richard D. Goldberg,* for appellees.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Janis L. Small* and *David W. Sumner,* for appellant.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

Moyer, C.J., Douglas, Painter, Resnick and Pfeifer, JJ., concur.

F.E. Sweeney and Cook, JJ., dissent.

Mark P. Painter, J., of the First Appellate District, sitting for Wright, J.

Cook, J., dissenting. I would reverse the judgment of the court of appeals and reinstate the verdict for defendants.

F.E. Sweeney, J., concurs in the foregoing dissenting opinion.